IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRAHAM RAMEY, #160238, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12cv-021-WHA |
| | ) | |
| J. C. GILES, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #18), entered on January 14, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The petitions for habeas corpus relief (Docs. #1 and #2) are DENIED as they were not filed within the period of limitation established by applicable federal law.

2. This case is DISMISSED with prejudice.

3. Final Judgment will be entered accordingly.

DONE this 4th day of February, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE